PROB 12B
(03/2026)

# United States District Court

## for

## District of New Jersey

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Individual Under Supervision

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Individual Under Supervision: David Booker                Cr.: 22-00134-001
                                                                  PACTS #: 7347653

Name of Sentencing Judicial Officer:    THE HONORABLE ESTHER SALAS
                                        UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 06/22/2022

Original Offense:    Conspiracy to Commit Burglary Involving Controlled Substances- 18 U.S.C. Secs
                     2118(d) and 2- a Class C Felony

Original Sentence: 32 months imprisonment, 3 years supervised release

Special Conditions: Drug Testing and Treatment; Gang/Criminal Associations Prohibition; Mental Health
Treatment; Life Skills/Education; Supporting Dependents

Type of Supervision: Supervised Release                Date Supervision Commenced: 10/25/2024

## PETITIONING THE COURT

☐   To extend the term of supervision for _____ years, for a total term of _____ years.

☑   To modify the conditions of supervision as follows:

### DRUG TESTING AND TREATMENT

You must submit to periodic substance abuse testing up to 2 times per month during the term of supervision to determine if you have used a prohibited substance. This condition sets the maximum number of non-treatment program drug tests to which the defendant may be subject during his/her term of supervision.

## CAUSE

David Booker was sentenced before the Court on June 22, 2022. His term of supervised release commenced on October 25, 2024. In February 2025, the District of South Carolina accepted a transfer of supervision as Booker was residing in South Carolina.

On February 5, 2026, the individual under supervision was charged in South Carolina with Possession of 28 Grams or Less of Marijuana. Following the arrest, Booker reported to the probation office and submitted a urine sample which tested positive for marijuana. Booker admitted he had smoked marijuana on the date of his arrest. The individual under supervision was verbally reprimanded by the probation officer and advised of the potential consequences of continued drug use.

Prob 12B – page 2
David Booker

The District of South Carolina is requesting the conditions of Booker's supervised release be modified to include the above language. This modification updates his drug testing condition to be in line with the recent 4th Circuit ruling which states that the maximum number of non-treatment drug tests must be specifically noted. The modification was reviewed with the individual under supervision, and he signed a Waiver of Hearing to Modify Conditions of Supervised Release form. We respectfully await Your Honor's final decision in this matter.

Respectfully submitted,

JOSEPH A. DAGROSSA, Chief
U.S. Probation Officer

By:    MICHAEL L. LIEBES
         Senior U.S. Probation Officer

/ ip

APPROVED:

_____  April 14, 2026
IVETTELIS PEREZ                      Date
Supervising U.S. Probation Officer

THE COURT ORDERS:

☐   The Extension of Supervision as Noted Above

☒   The Modification of Conditions as Noted Above (as recommended by the Probation Office)

☐   No Action

☐   Other

_____
Signature of Judicial Officer

_____
4/21/2026
Date